BLANK ROME LLP
Attorneys for Petitioner
Jeremy J.O. Harwood
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTELLATION ENERGY COMMODITIES GROUP INC., <br><br> Petitioner, <br><br> -against- <br><br> TRANSFIELD ER CAPE LTD. and TRANSFIELD ER LIMITED, <br><br> Respondents. | 10 Civ. 4434(SHS) |

## NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

PLEASE TAKE NOTICE that upon the annexed petition of CONSTELLATION ENERGY COMMODITIES GROUP INC. ("Petitioner"), and upon the accompanying Memorandum of Law dated June 4, 2010, the undersigned will move this Court, pursuant to 9 U.S.C. §201 et seq., before the Honorable Sidney H. Stein, at Courtroom 23A, United States Courthouse, 500 Pearl Street, New York, NY 10007 for an order confirming Petitioner's arbitration award dated April 26, 2010 against TRANSFIELD ER CAPE LTD. and its alter ego TRANSFIELD ER LIMITED, annexed to the accompanying declaration of John Rollason dated June 3, 2010 and awarding interest as awarded by the arbitrators therein, and awarding attorneys' fees and expenses incurred in connection with this Petition, post-judgment interest and for such other and further relief as the Court may deem proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1, opposing papers are required to be served within ten (10) business days after service of the moving papers and reply papers, if any, are due within five (5) business days after service of the opposing papers.

Dated: New York, NY
June 4, 2010

Respectfully submitted

By _____
Jeremy J.O. Harwood
Blank Rome LLP
Attorneys for Petitioner
405 Lexington Avenue
New York, NY 10174
Tel: 212-885-5000

TO: Patrick F. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building, Suite 300
420 Lexington Avenue
New York NY 10170
Phone: (203) 258-5528
Fax: (212) 490-6070
E-mail: plennon@lenmur.com

900200.00001/6921406v.1