USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CONSTELLATION ENERGY COMMIDITIES, : 10 Civ. 4434 (SHS)
GROUP INC.,
                                                        :
              Petitioner,
   -against-                                :        ORDER

TRANSFIELD ER CAPE LTD., and       :
TRANSFIELD ER LIMITED,
                                                        :
              Respondents.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court's records indicate that a Petition to Confirm Arbitration Award was filed on June 3, 2010. Accordingly,

       IT IS HEREBY ORDERED that:

       1.    Respondent shall serve and file its response to the petition on or before July 14, 2010; and

       2.    Petitioner shall send a copy of this order to respondent.

Dated: New York, New York
       June 16, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.